# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RICHARD RIOS, an individual,<br><br>　　　　Defendant. | CASE NO.: EDCV 07-1085 (SGL)<br><br>ASSIGNED TO THE HONORABLE JUDGE STEPHEN G. LARSON<br><br>**JUDGMENT** |

Having issued Findings of Fact and Conclusions of Law, the Court now renders judgment as follows.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT a constructive trust is hereby awarded in favor of plaintiff Trustees of the Southern California IBEW-NECA Pension Plan and against defendant Richard Rios in the amount of $41,988.88 which may be enforced against any or all of the following properties:

　1.　Defendant Richard Rios' house located at 3907 Yosemite Court, Chino Hills, California (Assessor's Parcel Number 1025-061-17);

2. Defendant Richard Rios' bank account at Wells Fargo Bank (account number 909-XXXXX70); and

3. Defendant Richard Rios' bank account at Citibank (account number 72XXXXX302).

DATED: October 20, 2009

_____
UNITED STATES DISTRICT COURT JUDGE